UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLOSSIE B. LAKE,

      Plaintiff,

v.                                  Case No.:   3:23-cv-01024

UNIVERSITY OF FLORIDA
JACKSONVILLE PHYSICIANS, INC,
JUDELLA E. HADDAD-LACLE, MD,
In her personal capacity, and KIMBERLY
E. MATTHEWS, in her personal capacity,
and RICHARD RIVERA, in his personal
capacity,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants University of Florida Jacksonville Physicians, Inc. ("UFJPI"),

Judella E. Haddad-Lacle, M.D. ("Haddad-Lacle"), Kimberly Matthews

("Matthews"), and Richard Rivera ("Rivera"), pursuant to 28 U.S.C. § 1446, hereby

file a Notice of Removal of the above-captioned matter to this Court from the

Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida.  In

support of the removal of this action, Defendants state as follows:

{00423656 1 }

1.      Plaintiff Flossie Lake filed a civil action against Defendants in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, case number 16-2023-CA-009614-XXXX-MA ("the State court action").

2.      In *Plaintiff's Complaint and Jury Demand*, filed on July 19, 2023 ("Complaint"), Plaintiff alleges the following ten claims:   Count I – age discrimination in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") (against UFJPI); Count II – age discrimination in violation of the Florida Civil Rights Act ("FCRA") (against UFJPI); Count III – unlawful retaliation in violation of the ADEA (against UFJPI); Count IV – unlawful retaliation in violation of the FCRA (against UFJPI); Count V – tortious interference with contractional relationship (against Haddad-Lacle); Count VI – tortious interference with contractual relationship (against Matthews); and Count VII – tortious interference with contractual relationship (against Rivera).

3.      Since Plaintiff has alleged claims pursuant to ADEA, this Court has jurisdiction pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441(a).   All Defendants join in, and consent to, the removal of this action.  See 28 U.S.C. § 1446(b)(2)(A).

4.      Defendants have not been formally served with process.  On July 19, 2023, Plaintiff's counsel emailed counsel for UFJPI attaching a copy of the Compliant.   "[N]othing in the removal statute, or any other legal provision,

requires that a defendant be served with the complaint before filing a notice of removal." *Whitehurst v. Wal-Mart*, 306 Fed. Appx. 446, 448 (11th Cir. 2008)

5.      The United States District Court for the Middle District of Florida, Jacksonville Division, embraces the location where the State court action is pending. Therefore, venue is appropriate with this Court pursuant to 28 U.S.C. § 1441(a).

6.      Copies of all process, pleadings, and orders docketed in the State court action are attached as **Exhibit A** to this Notice of Removal, in accordance with 28 U.S.C. §1446(a) and Local Rule 1.06(b), Local Rules, United States District Court, Middle District of Florida.

7.      Pursuant to 28 U.S.C. § 1446(d), Defendants will concurrently serve written notice on the Plaintiff of this Notice of Removal and will concurrently file a copy of this Notice of Removal with the clerk of the State court.

8.      Defendants have submitted herewith a filing fee of $402.00.

9.      By filing this Notice of Removal, Defendants do not waive any of their Federal Rule of Civil Procedure 12(b) defenses or objections. *Danziger & De Llano, LLP v. Morgan Verkamp LLC*, 948 F.3d 124, 132 (3d Cir. 2020).

WHEREFORE, Defendants respectfully request that this Court accept the removal of the State court action.

Dated this 29th day of August, 2023.

| **Alexander DeGance Barnett, P.A.** | **Stone, Glass & Connolly LLP** |
|---|---|
| By: _s/ Todd A. Wright_<br>Michelle Bedoya Barnett<br>Florida Bar No. 0823201<br>E-mail: michelle.barnett@adblegal.com<br>Todd A. Wright<br>Florida Bar No. 0071246<br>E-mail: todd.wright@adblegal.com<br>E-mail: mailbox@adblegal.com<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br><br>*Attorneys for UFJPI and Rivera* | By: _s/ Michael L. Glass_<br>Michael Lee Glass<br>Florida Bar No. 0081272<br>E-mail: mglass@sgc-attorneys.com<br>3020 Hartley Road, Suite 250<br>Jacksonville, Florida 32257<br>(904) 886-1919 Telephone<br>(904) 886-9292 Facsimile<br><br>*Attorneys for Haddad-Lacle and Matthews* |

{00423656 1 }                    4